**Opinion issued July 12, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00488-CV

———————————

## IN RE LIVE NATION ENTERTAINMENT, INC., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Live Nation Entertainment, Inc., has filed a petition for writ of mandamus challenging the trial court's order compelling the deposition of Live Nation's CEO, Michael Rapino.[1] We deny the petition. Relator's motion to stay the deposition pending our decision on the petition is dismissed as moot.

---

[1] The underlying case is *In re Astroworld Festival Cases*, cause number 2021-79885, pending in the 11th District Court of Harris County, Texas, the Honorable Kristen Brauchle Hawkins presiding.

## PER CURIAM

Panel consists of Justices Goodman, Landau, and Hightower.